**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

      Plaintiff,

v.

BOARD OF COUNTY COMISSIONERS OF JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF JEFF SHRADER;
WELLPATH, LLC;
JOHN O. BERTAGNOLLI, DDS, individually;
MONICA ALBERS, RN, individually;
COURTNEY SLOWEY, LPN, individually;
DAVID M. JACKSON, MD, individually; and
JOHN J. ARCHARD, MD, individually,

      Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS PARTY**
**DEFENDANTS ALBERS, BERTAGNOLLI, AND SLOWEY <u>ONLY</u>, WITH PREJUDICE**

---

      Plaintiff, by and through his undersigned counsel of record, and pursuant to Fed. R. Civ.

P. 41(a)(1), hereby requests to dismiss <u>with prejudice</u> all of Plaintiff's claims against Defendants

Albers, Bertagnolli, and Slowey <u>only</u>, each party to pay their own attorneys' fees and costs.

      Plaintiff does not release his claims against Defendants The Board of County

Commissioners, Sheriff Jeff Shrader, Wellpath, LLC, Dr. Jackson, and Dr. Archard. Plaintiff's

litigation against those Defendants is ongoing, and Plaintiff does not release, limit, waive, setoff

or compromise in any manner whatsoever Plaintiff's claims, causes of action, theories, or

allegations against those Defendants.

WHEREFORE, Plaintiff respectfully moves this Court for an Order granting the dismissal with prejudice of all claims against Defendants Albers, Bertagnolli, and Slowey, with each party to pay their own attorneys' fees and costs.

DATED this 25th day of April 2024.

KILLMER LANE, LLP

*s/ Michael Fairhurst*
David A. Lane
Michael Fairhurst
Killmer Lane, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@killmerlane.com
mfairhurst@killmerlane.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of April 2024, I filed a true and correct copy of the foregoing with the Court via CM/ECF which will generate emailed notice to counsel of record:

Dan Struck
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road
Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
ahesman@strucklove.com
*Counsel for Wellpath, LLC*

Eric Butler
Rebecca Philana Klymkowsky
JeffCo Asst County Attorneys
100 Jefferson County Parkway, Ste 5500
Golden, CO 80419
Phone: 303-271-8932
Fax: 303-271-8901
ebutler@co.jefferson.co.us
rklymkow@co.jefferson.co.us
*Attorneys for Jefferson County, Colorado*


*s/ Jamie Akard*
*Jamie Akard, Paralegal*