IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
JEFF SHRADER, Jefferson County Sheriff,
WELLPATH, LLC,
DAVID M. JACKSON, MD, individually, and
JOHN J. ARCHARD, MD, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHYRN A. STARNELLA**

    This matter is before the Court on a June 7, 2024 email to Judge Starnella's Chambers, in which the parties requested a second settlement conference. Pursuant to the Order Referring Case [#27], the undersigned may "convene such . . . settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization[.]" Following conferral with the parties,

    IT IS HEREBY **ORDERED** that a Settlement Conference is scheduled for **July 9, 2024**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. **All counsel and parties must exit the Courthouse no later than 5:45 p.m.**

    IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

    **IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Starnella's Instructions for Settlement Conferences and Preparation of Confidential Settlement Statements, as attached to this Minute Order.**

Parties shall prepare and submit two statements—one to be submitted to the other party or parties, and the other to be submitted only to this Court—on or before **July 1, 2024**. The first statement is directed to opposing counsel and opposing parties participating in the settlement conference. The second statement is confidential and should be submitted to the Court, but not submitted for filing or exchanged with the other parties. Parties participating in ECF shall e-mail the Confidential Settlement Statement to Starnella_Chambers@cod.uscourts.gov. Parties not participating in ECF shall submit all materials as hard copies. Up to 100 pages of additional settlement materials (*e.g.* deposition transcripts, exhibits, etc.) may also be submitted to the Court by e-mail along with the CSS.  Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Starnella in an envelope marked "Confidential and Private per Magistrate Judge Starnella's Order."

Dated:   June 21, 2024