IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 21-cv-02281-CNS-KAS | Date: June 30, 2025 |
| Courtroom Deputy: Megan Smotts | FTR – Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| RONALD RAYMOND ROGACKI, | Liana Orshan |
| | David Lane |
| Plaintiff, | |
| v. | |
| JEFFERSON COUNTY, COLORADO, ET AL., | Rebecca Klymkowsky |
| | Ashlee Hesman (by VTC) |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session: 10:34 a.m.**
Court calls case. Appearances of counsel.

Discussion held on status of case.

**ORDERED:** Defendant, Wellpath, LLC may file their Motion to Dismiss on or before **July 14, 2025**, any response would be due within 21 days, and defendant's reply would be due within 14 days of any response.

**ORDERED:** Plaintiff may file his Motion to Amend Complaint on or before **July 14, 2025**, any response would be due within 21 days, and defendant's reply would be due within 14 days of any response.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE STATUS/SCHEDULING CONFERENCE HELD THIS DATE:**

Plaintiff shall designate affirmative experts on or before **September 30, 2025.**

Defendants shall designate affirmative experts on or before **October 30, 2025.**

Parties shall designate rebuttal experts on or before **December 1, 2025.**

Discovery Cut-off: **January 5, 2026.**

Dispositive Motions Deadline: **February 4, 2026.**

Hearing concluded.
**Court in recess:**     **10:48 a.m.**
Total time in court:     00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.