IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGINA MARINELLI;
WELLPATH, LLC;
DAVID M. JACKSON, MD, individually; and
JOHN J. ARCHARD, MD, individually,

    Defendants.
_____

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS WELLPATH [Doc. 126]**
_____

    Plaintiff, by and through undersigned counsel, files the following Response to Defendants' Motion to Dismiss Wellpath, [Doc. 126], and states as follows in support:

    Plaintiff hereby incorporates by reference the arguments and statements made in Plaintiff's Motion to Amend the Complaint, filed July 14, 2025, at [Doc. 127]. Plaintiff further states that Wellpath's assertion that claims on its insurance policies have been discharged by the bankruptcy proceedings provides further support to retain Wellpath as a nominal Defendant so that Plaintiff may efficiently discover the truth of this assertion, for which it provides no support. The letter from counsel for the Wellpath Liquidating Trust attached to the motion to dismiss is not binding on the Parties unlike the bankruptcy court orders cited and attached by Plaintiff in his motion to amend.

    WHEREFORE Plaintiff respectfully requests that this Court deny Defendants'

Motion to Dismiss Wellpath, [Doc. 126].

Respectfully submitted this 4th day of August 2025.

                               KILLMER LANE, LLP

                               *s/ Liana Orshan*
                               David Lane
                               Liana Orshan
                               1543 Champa Street, Ste 400
                               Denver, CO 80202
                               Phone: 303-571-1000
                               dlane@killmerlane.com
                               lorshan@killmerlane.com
                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of August 2025, I filed a true and correct copy of the foregoing with the Court via CM/ECF which will generate emailed notice to the following:

Dan Struck
Kristina Rood
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road
Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
krood@strucklove.com
ahesman@strucklove.com

*Counsel for Wellpath, LLC, and Individual Medical Defendants*

Eric Butler
Rebecca Philana Klymkowsky
Jefferson County Attorney's Office
100 Jefferson County Parkway, Ste 5500
Golden, CO 80419
Phone: 303-271-8932
Fax: 303-271-8901
ebutler@co.jefferson.co.us
rklymkow@co.jefferson.co.us

*Counsel for Board of County Commissioners of Jefferson County, Colorado, and Jefferson County Sheriff*

*s/ Liana Orshan*