**EXHIBIT 2**

**EXHIBIT 2**

|  |  |
|---|---|
| **From:** | Jamie Akard |
| **To:** | Ashlee Hesman; Dan Struck; Kristina Rood; Lindsey Piasecki; Sherri Burns; Allen Rowley; Shannon Berry; eburtler@co.jefferson.co.us; rklymkow@co.jefferson.co.us; lstubbs@co.jefferson.co.us; wgriego@co.jefferson.co.us |
| **Cc:** | David Lane; Michael Fairhurst; Rogacki Team |
| **Subject:** | RE: Rogacki v. Wellpath, et al Depositions |
| **Date:** | Tuesday, November 21, 2023 4:12:35 PM |

Thank you. We'll get you topics in the next couple of weeks.

Jamie Akard
Paralegal
Killmer Lane, LLP
1543 Champa St., Ste 400
Denver, CO 80640
Ph: 303-571-1000
Fax: 303-571-1001
jakard@killmerlane.com
www.killmerlane.com

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Monday, November 20, 2023 4:45 PM
**To:** Jamie Akard <jakard@killmerlane.com>; Dan Struck <DStruck@strucklove.com>; Kristina Rood <krood@strucklove.com>; Lindsey Piasecki <LPiasecki@strucklove.com>; Sherri Burns <sburns@strucklove.com>; Allen Rowley <ARowley@strucklove.com>; Shannon Berry <SBerry@strucklove.com>; eburtler@co.jefferson.co.us; rklymkow@co.jefferson.co.us; lstubbs@co.jefferson.co.us; wgriego@co.jefferson.co.us
**Cc:** David Lane <dlane@killmerlane.com>; Michael Fairhurst <mfairhurst@killmerlane.com>; Rogacki Team <RogackiTeam@strucklove.com>
**Subject:** RE: Rogacki v. Wellpath, et al Depositions

Will do for the individuals.  We cannot schedule a 30(b)(6) deposition until we have topic areas.

**From:** Jamie Akard <jakard@killmerlane.com>
**Sent:** Monday, November 20, 2023 1:21 PM
**To:** Dan Struck <DStruck@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>; Kristina Rood <krood@strucklove.com>; Lindsey Piasecki <LPiasecki@strucklove.com>; Sherri Burns <sburns@strucklove.com>; Allen Rowley <ARowley@strucklove.com>; tgation@strucklove.com; Shannon Berry <SBerry@strucklove.com>; eburtler@co.jefferson.co.us; rklymkow@co.jefferson.co.us; lstubbs@co.jefferson.co.us; wgriego@co.jefferson.co.us
**Cc:** David Lane <dlane@killmerlane.com>; Michael Fairhurst <mfairhurst@killmerlane.com>
**Subject:** Rogacki v. Wellpath, et al Depositions

Counsel-

We would like to start setting depositions in this case. Below are the depositions we wish to set right now. We would like to set them in this order, if possible. All depositions will be

remote and set for ½ day EXCEPT the 30(b)(6) that will be set for a full day. We are looking to set these starting in February. We are currently available all month for Albers, Slowey, Jackson, and Archard's depositions. For Dr. Bertagnolli and Wellpath's 30(b)(6) we are available starting February 7 through the rest of the month.  Please let me know your availability and your client's availability so we can get these set before schedules start to fill up.

JOHN O. BERTAGNOLLI, DDS
MONICA ALBERS, RN
COURTNEY SLOWEY, LPN
DAVID M. JACKSON, MD
JOHN J. ARCHARD, MD
WELLPATH, LLC 30(b)(6)

Thanks -
Jamie

Jamie Akard

Paralegal

Killmer Lane, LLP

1543 Champa St., Ste 400

Denver, CO 80640

Ph: 303-571-1000

Fax: 303-571-1001

jakard@killmerlane.com

www.killmerlane.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.