**EXHIBIT 3**

**EXHIBIT 3**

| | |
|---|---|
| **From:** | Jamie Akard |
| **To:** | Dan Struck; Ashlee Hesman; Kristina Rood; Lindsey Piasecki; Sherri Burns; Allen Rowley; tgation@strucklove.com; Shannon Berry; ebutler@jeffco.us; Rebecca Klymkowsky; Rocky Kent; wgriego@co.jefferson.co.us |
| **Cc:** | David Lane; Michael Fairhurst |
| **Subject:** | Rogacki 30(b)(6) Deposition |
| **Date:** | Monday, March 25, 2024 2:21:34 PM |
| **Attachments:** | Exhibit A to 30(b)(6) Notice.pdf |

Counsel:

Attached are the 30(b)(6) topics for the deposition we requested. Please review and let me know when your representative(s) would be available and I will coordinate on our end.

Please let us know if you have any questions.

Best,

Jamie Akard

Paralegal

Killmer Lane, LLP

1543 Champa St., Ste 400

Denver, CO 80640

Ph: 303-571-1000

Fax: 303-571-1001

jakard@killmerlane.com

www.killmerlane.com