**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON
COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF JEFF SHRADER;
WELLPATH, LLC,
JOHN O. BERTAGNOLLI, DDS, individually;
MONICA ALBERS, RN, individually;
COURTNEY SLOWEY, LPN, individually;
DAVID M. JACKSON, MD, individually; and
JOHN J. ARCHARD, MD, individually,

      Defendants.

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS WELLPATH

Plaintiff's one paragraph Response does not meaningfully respond to Wellpath's Motion to Dismiss. Rather, he merely incorporates by reference the arguments raised in his Motion to Amend Complaint[1] and concludes without any legal support that Wellpath should be retained as a nominal Defendant to allow Plaintiff to discover the veracity of Defendants' assertion that Wellpath's $3,000,000 self-insured retention ("SIR") policy was discharged in bankruptcy. (Dkt. 130 at 1 (citing Dkt. 127).) The Court should reject this

---

[1] Defendants therefore incorporate by reference their Response to Plaintif's Motion for Leave to File Second Amended Complaint. (Dkt. 131.)

proposal because it would waste the parties' and the Court's time and resources. On July 11, 2025, Defense counsel advised Plaintiff's counsel that no insurance remained on this claim and further explained in their Motion to Dismiss that the $3,000,000 SIR was discharged in bankruptcy. (Exhibit 1, Email from Hesman to Orshan, dated July 11, 2025, at 1.) (Dkt. 126 at 4.)

Indeed, for claims arising between 2020 and 2021, Wellpath's insurance coverage was comprised of "(a) the 2020-2021 Fronting Policy constituting $3 million per claim of SIR, (b) the 2020-2021 Umbrella Policy underwritten by ProAssurance covering $5 million per claim and $5 million in the aggregate, (c) an umbrella policy underwritten by Coverys Specialty Insurance Company covering $5 million per claim and $5 million in the aggregate, and (d) an umbrella policy underwritten by Scottsdale covering $10 million per claim and $10 million in the aggregate." *See In re Wellpath Holdings, Inc.*, No. 24-90533 (ARP) (S.D. Tex. May 9, 2025), ECF No. 828 at 5. Wellpath's third-party coverage "only applies after $3 million is paid by [Wellpath]…." (*Id.*) As Defendants stated in their Motion to Dismiss, Wellpath's $3,000,000 SIR was discharged in bankruptcy. (Dkt. 126 at 5.) Plaintiff could therefore only recover if insurance remained on this claim and he obtained a verdict that exceeded the now discharged SIR. However, Plaintiff's claim will not exceed Wellpath's $3,000,000 SIR, which Plaintiff does not dispute. Thus, because the $3,000,000 SIR was discharged in bankruptcy, and because Plaintiff's claim will not exceed $3,000,000, Wellpath should not remain as a nominal defendant. There is nothing for Plaintiff to discover and no need for Wellpath to remain as a nominal defendant.

For the foregoing reasons, and those stated in Defendants' Motion to Dismiss Wellpath (*see* Dkt. 126), the Court should dismiss Wellpath and deny Plaintiff's request to name it as a nominal defendant.

Dated:  August 18, 2025

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendants BOCC of Jefferson County, Wellpath, LLC, Archard, Jackson, and Shrader*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 18th day of August 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    David A. Lane
    Michael Fairhurst
    Liana G. Orshan
    KILLMER LANE, LLP
    1543 Champa Street, Suite 400
    Denver, CO 80202
    dlane@killmerlane.com
    mfairhurst@killmerlane.com
    lorshan@killmerlane.com
    *Attorneys for Plaintiff*

    Rebecca Klymkowsky
    Eric Butler
    JEFFERSON COUNTY ATTORNEY'S OFFICE
    100 Jefferson County Parkway, Suite 5500
    Golden, Colorado 80419
    rklymkow@co.jefferson.co.us
    ebutler@co.jefferson.co.us
    *Attorneys for Jefferson County, Colorado*

                                              s/ Elaine Percevecz