IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Plaintiff / Petitioner:**
RONALD RAYMOND ROGACKI
**Defendant / Respondent:**
BOARD OF COUNTY COMISSIONERS OF JEFFERSON COUNTY, COLORADO, ET AL

**AFFIDAVIT OF SERVICE**
Index No:
21-CV-02281-CNS-KAS

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Mon, Oct 06 2025 AT 04:50 PM AT 10 BANK STREET STE 1100, WHITE PLAINS, NY 10606 deponent served the within ORDER, SECOND AMENDED COMPLAINT AND JURY DEMAND on MATTHEW DUNDON TRUSTEE OF LIQUIDATED TRUST

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.
- [X] **Substituted service delivery:** By delivering a true copy thereof to MRS. Ell a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Oct 6, 2025, 4:50 pm EDT at 10 BANK STREET STE 1100, WHITE PLAINS, NY 10606 received by MRS. Ell. The recipient confirmed they are authorized to accept

**Description:**
Age: 40    Skin Color: Asian American    Gender: Female    Weight: 140
Height: 5'4"    Hair: Brown    Relationship:
Other

_Jimmie Rowlette_
Jimmie Rowlette

Sworn to before me on 10/7/25

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO    CASE NO: 21-CV-02281-CNS-KAS
Plaintiff / Petitioner: RONALD RAYMOND ROGACKI
vs.
Defendant / Respondent: BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, ET AL

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Oct 06, 2025 deponent enclosed a copy of the ORDER, SECOND AMENDED COMPLAINT AND JURY DEMAND in a postage-paid sealed wrapped properly addressed to **MATTHEW DUNDON TRUSTEE OF LIQUIDATED TRUST** at **10 BANK STREET STE 1100, WHITE PLAINS, NY 10606**, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential"**.

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the 10/7/25

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

*Notary Public*

Nasim Dehghani

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007