# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGINA MARINELLI;
WELLPATH, LLC, as a nominal defendant;
MATTHEW J. DUNDON, TRUSTEE OF WELLPATH HOLDINGS, INC. LIQUIDATING TRUST, as nominal defendant;
DAVID M. JACKSON, MD, individually; and
JOHN J. ARCHARD, MD, individually,

    Defendants.

---

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Defendants David M. Jackson, MD, and John J. Archard, MD (collectively, "Individual Defendants"), Wellpath, LLC, a nominal defendant ("Wellpath"), Board of County Commissioners of Jefferson County and Jefferson County Sheriff Jeff Shrader (collectively "County Defendants") (collectively, "Defendants"), submit their Notice of Non-Opposition to Plaintiff's Motion to Amend Scheduling Order. (Dkt. 138.) Plaintiff moves for leave to extend expired and unexpired case management deadlines by two months. (*Id.* at 1–2.) While Defendants originally opposed Plaintiff's request because his request was untimely and he previously requested to extend his expert disclosure deadline six times, in the spirit of compromise, Defendants do not oppose Plaintiff's seventh request.

Dated:  October 23, 2025

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendants Jackson, Archard, BOCC of Jefferson County, Shrader, and Wellpath, LLC*

- 2 -

### **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 23rd day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    David A. Lane
    Michael Fairhurst
    Liana G. Orshan
    KILLMER LANE, LLP
    1543 Champa Street, Suite 400
    Denver, CO 80202
    dlane@killmerlane.com
    mfairhurst@killmerlane.com
    lorshan@killmerlane.com
    *Attorneys for Plaintiff*

    Rebecca Klymkowsky
    Eric Butler
    JEFFERSON COUNTY ATTORNEY'S OFFICE
    100 Jefferson County Parkway, Suite 5500
    Golden, Colorado 80419
    rklymkow@co.jefferson.co.us
    ebutler@co.jefferson.co.us
    *Attorneys for Jefferson County, Colorado*

                                              s/ E. Percevecz