IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

     Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
WELLPATH, LLC,
DAVID M. JACKSON, MD, individually,
JOHN J. ARCHARD, MD, individually,
JEFF SHRADER, Jefferson County Sheriff, and
BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,

     Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Plaintiff's **Motion to Amend Scheduling Order** [#138] (the "Motion"). This is Plaintiff's **sixth** request to extend the case deadlines in this matter, *see* [#88, #92, #98, #105, #112, #138]. Plaintiff requests a two-month extension[1] of all case deadlines so he may take Defendant Wellpath, LLC's deposition, and provide the deposition transcript to his expert for review. *See Motion* [#138] at 4. In support of his Motion [#138], Plaintiff contends that Defendant Wellpath, LLC refused to participate in a deposition while its Motion to Dismiss [#126] remained pending. *Id.* However, the Motion to Dismiss [#126] was adjudicated on September 23, 2025, *see* Order [#136], and now Defendant Wellpath, LLC apparently will produce a witness for a deposition "within the next 30 days." *Id.* Defendants filed a Response [#142] indicating they do not oppose the requested relief. *See Notice* [#142] at 1.

     At the outset, the Court notes that Plaintiff's request to extend his affirmative expert disclosure deadline is untimely. Plaintiff filed the instant Motion [#138] on October 2, 2025; however, his deadline to make affirmative expert disclosures passed on September 30, 2025. Further, the Motion [#138] fails to discuss the impact the requested extensions will have on future case deadlines, including the Final Pretrial Conference scheduled for June

_____

[1] Plaintiff's requested extensions regarding the discovery cut-off and dispositive motions deadline exceed two months. *See Motion* [#138] at 1-2 (requesting to extend the discovery cut-off from January 5, 2026, to May 7, 2026, and requesting to extend the dispositive motions deadline from February 4, 2026, to June 4, 2026).

10, 2026. *See Minute Order* [#129]. Most importantly, Plaintiff has failed to demonstrate good cause and excusable neglect. *See* FED. R. CIV. P. 6(b)(1)(B); FED. R. CIV. P. 16(b)(4). Accordingly,

IT IS HEREBY **ORDERED** that that the Motion [#138] is **DENIED.**

Dated:   October 27, 2025