IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
WELLPATH, LLC,
DAVID M. JACKSON, MD, individually,
JOHN J. ARCHARD, MD, individually,
JEFF SHRADER, Jefferson County Sheriff, and
BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Motion to Extend All Unexpired Case Management Deadlines** [#146] (the "Motion"). Plaintiff did not respond and the time to do so has elapsed.

    In the Motion [#146], Defendants contend good cause exists to extend the unexpired case deadlines because counsel for Defendants will be withdrawing as counsel of record. *See Motion* [#146] at 3. This is Defendants' first request to extend the case management deadlines. *See id.* at 1. Given that this is Defendants' first request to extend the deadlines,

    IT IS HEREBY **ORDERED** that that the Motion [#146] is **GRANTED**. The Scheduling Order is amended to reflect the following deadlines:

| | |
|---|---|
| Defendants' Affirmative Expert Disclosure Deadline | **February 18, 2026** |
| Rebuttal Expert Disclosure Deadline | **April 3, 2026** |
| Discovery Deadline | **May 5, 2026** |

    Dated:   January 13, 2026