# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02281-CNS-KAS

RONALD RAYMOND ROGACKI,

      Plaintiff,

v.

BOARD OF COUNTY COMISSIONERS OF JEFFERSON COUNTY, COLORADO;
JEFFERSON COUNTY SHERIFF REGINA MARINELLI;
WELLPATH, LLC, as a nominal defendant;
MATTHEW J. DUNDON, TRUSTEE OF WELLPATH HOLDINGS, INC. LIQUIDATING
TRUST, as a nominal defendant;
DAVID M. JACKSON, MD, individually; and
JOHN J. ARCHARD, MD, individually,

      Defendants.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY AND JEFFERSON COUNTY SHERIFF REGINA MARINELLI

---

The Parties, by and through undersigned counsel, hereby stipulate and agree to the following:

1. A resolution has been reached between Plaintiff and Defendants Board of County Commissioners of Jefferson County and Jefferson County Sheriff Regina Marinelli.

2. Plaintiff respectfully requests that all claims against these Defendants be dismissed with prejudice, with each Party to pay their own fees and costs.

WHEREFORE, the parties respectfully request the Court enter an Order granting their Stipulated Motion to Dismiss Defendants Board of County Commissioners of Jefferson County and Jefferson County Sheriff Regina Marinelli.

Respectfully submitted this 30th day of April 2026.

**KILLMER LANE, LLP**

*s/ Liana Orshan*
David A. Lane
Liana Orshan
1543 Champa Street, Suite 400
Denver, CO  80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@killmerlane.com
lorshan@killmerlane.com
*Counsel for Plaintiff*

And

**JEFFERSON COUNTY ATTORNEY'S OFFICE**

*s/ Rebecca Klymkowsky*
Rebecca Philana Klymkowsky
Jefferson County Attorney's Office
100 Jefferson County Parkway, Ste 5500
Golden, CO 80419
Phone: 303-271-8932
Fax: 303-271-8901
rklymkow@co.jefferson.co.us
*Counsel for Defendant Jefferson County*

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I certify that on this 30th day of April 2026 I filed a true and correct copy of the foregoing via CM/ECF which will generate e-mailed notice to the following:

Eric Butler

Rebecca Philana Klymkowsky
Jefferson County Attorney's Office
100 Jefferson County Parkway, Ste 5500
Golden, CO 80419
Phone: 303-271-8932
Fax: 303-271-8901
ebutler@co.jefferson.co.us
rklymkow@co.jefferson.co.us

s/ Jamie Akard
Paralegal