# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02281-CNS-KAS

RONALD ROGACKI

        Plaintiff,

v.

WELLPATH, LLC, et al.

        Defendants.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all causes of action against all Defendants in this case, with prejudice and with each party to pay their own costs and fees.

Respectfully submitted this 22nd day of May 2026.

**KILLMER LANE, LLP**

*s/ Liana G. Orshan*
David A. Lane
Liana G. Orshan
1543 Champa Street, Suite 400
Denver, CO  80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@killmerlane.com
lorshan@killmerlane.com
*Counsel for Plaintiff*

and

/s/ *Christopher R. Jones*

Christopher R. Jones
GORDON REES SCULLY MANSUKHANI
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Phone: 303-534-5160
Fax: 303-534-5161
crjones@grsm.com
*Attorney Defendants Wellpath, LLC, David
M. Jackson, MD, and John J. Archard, MD*

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on this 22nd day of May 2026 I filed a true and correct copy of the foregoing via CM/ECF which will generate e-mailed notice to the following:

Christopher R. Jones
GORDON REES SCULLY MANSUKHANI
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Phone: 303-534-5160
Fax: 303-534-5161
crjones@grsm.com
*Attorney Defendants Wellpath, LLC,
David M. Jackson, MD, and John J. Archard, MD*

s/ Jamie Akard
Paralegal

2